UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No. 09-cv-40082-JPG-1 |
| TERRANCE P. MARTIN, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Terrance P. Martin's motion to sever, motion to suppress and motion for discovery (Doc. 43).  Martin filed these motions *pro se*, although he is represented by attorney Peter M. Cohen.  A defendant does not have a right to file his own motions when he is represented by counsel.  *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*).  "Representation by counsel and self-representation are mutually exclusive."  *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992).  So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden.  *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001).  The Court may strike as improper any such *pro se* motions.  *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).  The Court hereby **ORDERS** that Martin's motion (Doc. 43) be **STRICKEN**.

**IT IS SO ORDERED.**
**DATED:  March 24, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**